# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) Case No: 18-CR-05033-JAH
Benito Ochoa, )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(√) Ad Prosequendum ( ) Ad Testificandum.

Name of Detainee: Benito Ochoa  Booking # 1902340608
Detained at (custodian): Attention: Warden California Institution for Men (CIM)
14901 Central Avenue, Chino, CA 91710

Detainee is: a.) (√) charged in this district by:
( ) Indictment (√) Information ( ) Complaint
Charging Detainee With: Title 21, United States Code, Section 952, 960- Importation of a Controlled Substance

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (√) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on, January 21, 2020, at 11:00am before the Honorable John A. Houston, United States District Court, Carter Keep, 333 West Broadway, 13th Floor, San Diego, CA 92101.

AUSA Carling Donovan
619-546-4343; carling.donovan@usdoj.gov
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(√) Ad Prosequendum ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 11/22/19
United States Judge

Please provide the following, if known:

AKA(s) (if applicable): Benito Ochoa - Booking # 1902340608  Male ■ Female ☐
Booking or Fed. Reg. #:  DOB: 11/17/1993
Facility Address: Adelanto Detention Center, 9438 Commerce Way  Race:
Adelanto CA 92301  FBI #:
Facility Phone: (760)530-9300  [AREA/CELL No. A/2]
Currently Incarcerated For:

I hereby attest and certify on 11/25/2019
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**RETURN OF SERVICE**

Executed on  by

By (Signature) _____ Deputy